# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZHYA ALI, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 24-cv-1210-BAS-KSC <br><br> **ORDER GRANTING JOINT MOTION TO STAY (ECF No. 4)** |

   Plaintiff filed this action to seek resolution of his asylum application. U.S. Citizenship and Immigration Services ("USCIS") has scheduled an interview for this application for June 2025 and represents that it can complete adjudication of the application within three months of that interview. (ECF No. 4 at 1.) Therefore, the parties jointly seek a stay of the instant action while that adjudication is in progress.

   "A district court has discretionary power to stay proceedings in its own court." *Lockyer v. Mirant*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis*, 299 U.S. at 254. "A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings

which bear upon the case." *Leyva v. Certified Grocers of Calif.*, 593 F.2d 857, 863 (9th Cir. 1979).

The Court finds a stay in this case is appropriate and effective in conserving time and effort for itself and the parties while the adjudication of the application is in progress. Accordingly, the Court **GRANTS** the Joint Motion and **ORDERS** that, if this case has not been voluntarily dismissed on or before October 10, 2025, the parties shall file a joint status report **on or before October 17, 2025**.  (ECF No. 4.)

**IT IS SO ORDERED.**

DATED: September 23, 2024

Hon. Cynthia Bashant
United States District Judge